(No. 6011–)

XEROX CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, ELGIN STATE HOSPITAL, Respondent.

*Opinion filed April 27, 1971.*

XEROX CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6014–)

PATRICIA STEVENS CAREER COLLEGE, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed April 27, 1971.*

PATRICIA STEVENS INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.